**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHAEL NUTTALL f/k/a** § | | |
| **MICHAEL FLOREALE d/b/a** § | | |
| **WHEN IN ROME and MUSICWERKS,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **NO. 3:12-cv-2123-M-BF** | |
| § | | |
| **BOBBY GENE JUAREZ a/k/a** § | | |
| **ROB JUAREZ d/b/a BOSS BOOKING** § | | |
| **AGENCY, WHEN IN ROME, and** § | | |
| **WHEN IN ROME UK, CLIVE** § | | |
| **FARRINGTON, individually and d/b/a** § | | |
| **WHEN IN ROME UK, and ANDREW** § | | |
| **MANN, individually and d/b/a** § | | |
| **WHEN IN ROME UK,** § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 8, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' motions to dismiss Plaintiff's claims under Fed. R. Civ. P. 12(b)(2) and 12(b)(3) (Docs. 20, 39 & 40) are GRANTED on grounds that venue is improper in the Northern District of Texas. In the interest of justice, this case will be transferred to the Central District of California, Western Division in Los Angeles.

The clerk of court shall effect the transfer of this action in accordance with the usual procedure.

**SO ORDERED** this 26th day of November, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS